■ SOUTH HUNTINGTON TEACHERS ASSOCIATION, Appellant-Respondent, v BOARD OF EDUCATION, SOUTH HUNTINGTON UNION FREE SCHOOL DISTRICT, Respondent-Appellant.—Order (incorrectly denominated a judgment) of the Supreme Court, Suffolk County, dated November 6, 1974, affirmed, with $50 costs and disbursements to defendant, on the opinion of Mr. Justice Thom at Special Term. Latham, Acting P. J., Damiani, Christ, Shapiro and Titone, JJ., concur.